BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

ALICE Y. LEE (D.C. Bar #1724949)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963
202-307-0054 (f)
Alice.Lee@usdoj.gov
*Attorney for the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE A. GUTIERREZ; EVETTE S. GUTIERREZ; WELLS FARGO BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION ND; CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; CALIFORNIA FRANCHISE TAX BOARD; CALIFORNIA BOARD OF EQUALIZATION; CALIFORNIA DEPARTMENT OF TAX FEE AND ADMINISTRATION; DAN M. MIERZWA, TREASURER-TAX COLLECTOR, COUNTY OF CONTRA COSTA,<br><br>Defendants. | Case No: To Be Assigned<br><br>**UNITED STATES OF AMERICA'S COMPLAINT** |

The United States of America, by and through its undersigned counsel, complains and alleges as follows:

United States' Complaint

1

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

## INTRODUCTION

1.    The United States brings this civil action against Defendants Jose Gutierrez and Evette Gutierrez to (1) reduce to judgment outstanding federal tax assessments against Defendants; and (2) foreclose on the federal tax liens against the Subject Property that is located at 330 Windchime Dr, Danville, CA 94506.

## JURISDICTION AND VENUE

2.    This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with 26 U.S.C. §§ 7401 and 7403.

3.    This Court has jurisdiction over this action under 26 U.S.C. §§ 7402 and 7403, and 28 U.S.C. §§ 1340 and 1345.

4.    Because Mr. Jose and Mrs. Evette Gutierrez reside in this judicial district, the federal tax liabilities that are the subject of this action arose in this district, and the Subject Property is located in this district, venue lies in the Northern District of California under 28 U.S.C. §§ 1391(b) and 1396.

## SUBJECT PROPERTY

5.    The Subject Property sought to be foreclosed consists of a parcel of real property commonly described as 330 Windchime Drive, Danville, CA 94506. The Subject Property bears parcel number 206-272-032, with a legal description as follows:

> Lot 55, as shown on the Map of Subdivision 6829, Filed June 1, 1988 in Book 322 of Maps, Page 21, Contra Costa County Records, APN No: 206-272-032

## DEFENDANTS

6.    Mr. Jose Gutierrez, who resides in this judicial district, is named a defendant individually because he has unpaid federal tax liabilities, and he has an ownership interest in the Subject Property.

United States' Complaint

2

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

7.      Mrs. Evette Gutierrez, who resides in this judicial district, is named a defendant individually because she has unpaid federal tax liabilities, and she has an ownership interest in the Subject Property.

8.      Wells Fargo Bank, N.A. is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

9.      U.S. Bank National Association ND is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

10.     The California Employment Development Department is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

11.     The California Franchise Tax Board is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

12.     The California Board of Equalization is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

13.     The California Dept of Tax and Fee Administration is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

14.     Dan M. Mierzwa, Treasurer-Tax Collector, County of Contra Costa, is named as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

## FEDERAL TAX LIABILITIES

15.     Mr. Jose and Mrs. Evette Gutierrez filed joint Form 1040, U.S. Individual Income Tax Return, and self-reported their joint federal income tax liabilities. However, they have failed to fully pay these self-reported amounts as far back as 2012 and through 2021.

16.     Shortly after Mr. Jose and Mrs. Evette Gutierrez filed their Forms 1040 for 2015, 2016, 2017, 2018, 2020, and 2021, on which they reported an income tax liability for each of these years, the IRS assessed the income tax liabilities reported on each of these returns but not paid.

U.S. DEPARTMENT OF JUSTICE
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

17.    In January 2016, after Mr. Jose and Mrs. Evette Gutierrez filed their joint Forms 1040 for 2012, 2013, and 2014, self-reporting an income tax liability for each of these years, the Internal Revenue Service examined each of their Forms 1040 for these years.

18.    Upon information and belief, the IRS subsequently issued Statutory Notices of Deficiency for 2012, 2013, and 2014, where it proposed the assessment of these additional income tax liabilities.

19.    Mr. Jose and Mrs. Evette Gutierrez did not respond to the notices, nor did they file a petition with the United States Tax Court to challenge the Statutory Notices of Deficiency. In August 2016, after the IRS issued the notice of deficiency and after Mr. Jose and Mrs. Evette Gutierrez failed to file a timely petition with the Tax Court challenging the Statutory Notices of Deficiency, the IRS assessed the additional income tax liabilities it determined Mr. Jose and Mrs. Evette Gutierrez owed for 2012, 2013, and 2014.

20.    On the dates and in the amounts described in the table below, a duly authorized delegate of the Secretary of the Treasury of the United States made timely assessments against Mr. Jose and Mrs. Evette Gutierrez for federal income tax, penalties, interest, and other statutory additions as follows:

| Tax | Period | Assessment Date | Assessed Tax | Total Due as of August 1, 2026[1] |
|-----|--------|-----------------|--------------|------------------------------------|
| 1040 | 2012 | 08/01/2016 | $212,631.00 | $401,505.65 |
| 1040 | 2013 | 08/08/2016 | $195,439.00 | $426,810.79 |
| 1040 | 2014 | 08/01/2016 | $158,953.00 | $365,148.96 |
| 1040 | 2015 | 11/21/2016 | $17,330.00 | $27,687.58 |
| 1040 | 2016 | 11/13/2017 | $15,066.00 | $15,772.63 |
| 1040 | 2017 | 08/06/2018 | $16,261.00 | $19,621.51 |
| 1040 | 2018 | 11/11/2019 | $24,373.00 | $12,233.51 |
| 1040 | 2020 | 11/08/2021 | $110,260.00 | $80,566.72 |
| 1040 | 2021 | 08/15/2022 | $16,889.00 | $4,076.00 |
|  |  |  | **TOTAL** | **$1,353,423.25** |

[1] This outstanding balance includes accrued interest, additions to tax, penalties, and other statutory additions through August 1, 2026, less any credits or payments made.

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

21.     A duly authorized delegate of the Secretary of the Treasury of the United States gave timely notice of the assessments described in paragraph 20, above, to Mr. Jose and Mrs. Evette Gutierrez, and made demand for payment of these assessments on them, as required by 26 U.S.C. § 6303.

22.     Despite timely notice and demand for payment of the assessments described in paragraph 20, above, Mr. Jose and Mrs. Evette Gutierrez failed to fully pay these assessments.

23.     Since the dates of the assessments described in paragraph 20, above, interest, penalties, and other statutory additions to tax have accrued and will continue to accrue as provided by law. As of August 1, 2026, Mr. Jose and Mrs. Evette Gutierrez owe the United States $1,353,423.25 for the assessments described in paragraph 20, above, with statutory additions to tax continuing to accrue until paid.

24.     As a result of the unpaid assessments described in paragraph 20, above, together with Mr. Jose and Mrs. Evette Gutierrez' refusal or neglect to pay the assessed sums upon the IRS giving notice and making demand for payment, pursuant to 26 U.S.C. § 6321 and 6322, federal tax liens arose in favor of the United States as of the date of each assessment upon all property and rights to property belonging to Mr. Jose and Mrs. Evette Gutierrez, including the Subject Property.

25.     In order to provide notice to third parties entitled to notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded Notices of Federal Tax Liens ("NFTLs") regarding the tax assessments described in paragraph 20, above, with the Contra Costa County's Recorder Office on October 9, 2025.

## COUNT ONE: REDUCE TO JUDGMENT THE FEDERAL INCOME TAX ASSESSMENTS AGAINST DEFENDANTS JOSE AND EVETTE GUTIERREZ

26.     The United States reasserts the allegations made in paragraphs 1 through 25, above, as if fully set forth here.

27.     Pursuant to 26 U.S.C. § 7402(a), the United States is entitled to a judgment against Mr. Jose and Mrs. Evette Gutierrez for the unpaid balance of the assessments described

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

in paragraph 20, above, which as of August 1, 2026, totals $1,353,423.35, less any additional credits according to proof, plus interest and other statutory additions accruing to the date of payment.

### COUNT TWO: FORECLOSE THE FEDERAL TAX LIENS ON THE SUBJECT PROPERTY

28.     The United States reasserts the allegations made in paragraphs 1 through 27, above, as if fully set forth here.

29.     Pursuant to 26 U.S.C. §§ 6321 and 6322, liens for the unpaid assessments listed in paragraph 20, above, arose on the dates of the assessments and attached to all of Mr. Jose and Mrs. Evette Gutierrez's property and rights to property, including the Subject Property.

30.     The tax liens arising from these assessments continue to attach to the Subject Property.

31.     Pursuant to 26 U.S.C. § 6323, NFTLs were filed against Mr. Jose and Mrs. Evette Gutierrez regarding the assessments set forth in paragraph 20, above, at the Contra Costa County's Recorder Office. The NFTLs for all the tax periods at issue were filed on October 9, 2025.

32.     The federal tax liens arising from those assessments have priority over all interests in the Subject Property acquired after the dates of assessment, subject to the provisions of 26 U.S.C. § 6323(a).

33.     Pursuant to 26 U.S.C. § 7403(c), the United States is entitled to foreclosure of these tax liens and a decree of sale of the Subject Property to enforce its liens.

### PRAYER FOR RELIEF

**WHEREFORE**, The United States respectfully requests that the Court:

A.     Enter judgment in favor of the United States and against Defendants Mr. Jose and Mrs. Evette Gutierrez in the amount of $1,353,423.35, plus statutory interest and additions to tax under 26 U.S.C. §§ 6601, 6621, 6622, accruing from August 1, 2026, less any credits for

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963

payments received, for the unpaid Form 1040 federal income tax liabilities for 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2020, and 2021.

B.    Enter judgment that the United States has valid liens against all property and rights to property of Defendants Mr. Jose and Mrs. Evette Gutierrez, including the Subject Property;

C.    Enter an order determining the merits and priority of all other claims to and liens upon the Subject Property and directing that the proceeds from any judicial sale of such property be distributed accordingly;

D.    Enter an order that the federal tax liens against Defendants Mr. Jose and Mrs. Evette Gutierrez encumbering the Subject Property be foreclosed and directing that the Subject Property be sold to satisfy the outstanding and federal tax assessments against Defendants Mr. Jose and Mrs. Evette Gutierrez, subject to the remaining defendants' rights in the Subject Property; and

E.    Award the United States its costs and any other relief that the Court deems just and proper.

Dated this 31st day of July, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*/s/ Alice Y. Lee*
ALICE Y. LEE (D.C. Bar #1724949)
Trial Attorney, Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
202-307-5963
202-307-0054 (f)
Alice.Lee@usdoj.gov
*Attorney for the United States*

United States' Complaint

7

**U.S. DEPARTMENT OF JUSTICE**
Civil Division, Tax Litigation Branch
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: 202-307-5963